

# NUMBER 13-25-00197-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SURESH KUMAR MYNAM,                                 **Appellant,**

**v.**

SUNKARA SOWMYA AND
SREEDHAR DASI,                                       **Appellees.**

## ON APPEAL FROM THE 419TH DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on its own motion.[1] On March 10, 2025, appellant filed a notice of appeal. On the same date, the Clerk of the Court notified appellant that the filing party must serve a copy of the document on all parties. *See* TEX. R. APP. P. 9.5.

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

On April 23, 2025, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5 and 25.1(e). *See id.* R. 9.5, 25.1(e). Appellant was notified that if a proper notice of appeal was not filed within thirty days, the matter would be referred to the Court. Again, on June 3, 2025, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5 and 25.1(e). *See id.* Appellant was further notified that if the defects were not cured within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), c).

Appellant has failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
31st day of July, 2025.

2